UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

FILED VIA MAIL
DEC -7 2015
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re: ) Case No.
)
) 08-5879-MGW
)
)
)
Debtor(s) )

MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a ✓ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: _____

Name of Claimant: CYNTHIA L. BENCHICK
Mailing Address: PO BOX 70702
City: FORT LAUDERDALE   State: FL   Zip Code: 33307
Telephone Number: Home: 954.579.8140   Work: 954.396.3001
Last Four Digits of SS# or Tax ID Number: 5763
Amount of Claim: $2,393.72

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_Cynthia L. Benchick_    11 · 13 · 2015
CLAIMANT'S SIGNATURE       DATE

**Clerk, U.S. Bankruptcy Court**
Middle District of Florida
Tampa Division

IN RE:   John Stanley Benchick                              CASE NO.:  8:08-bk-05879-MGW

                Debtor    /

REPORT OF UNCLAIMED FUNDS

The Trustee disbursed funds on the October 7, 2015. The following check has been returned as undeliverable. A stop payment has been issued.

| Claim No. | Check # | Claimant | Amount |
|---|---|---|---|
| 4 | 10106 | Cynthia Benchick<br>2720 NE - 15th St.<br>Ft. Lauderdale, FL  33304 | $ 2,393.72 |

A check for the total, payable to the Clerk of the Court, is attached hereto and should be deposited into the Unclaimed Funds Account.

Dated:   November 8, 2015

                                          /s/ Lauren P. Greene, Trustee
                                          Lauren P. Greene, Trustee
                                          P.O. Box 8247
                                          Madeira Beach, FL  33738
                                          727-360-6752